```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

**ROSIE L. DAVIS,**

      **Plaintiff,**

VS.                                                    NO. 11-2902-Ma

**FEDERAL EXPRESS SERVICES,**

      **Defendant.**

## ORDER OF DISMISSAL

    The parties have submitted a Stipulated Notice of Voluntary Dismissal indicating that this matter may be dismissed with prejudice. This case is therefore dismissed in its entirety with prejudice.

    It is SO ORDERED this 30th day of April, 2014.

                                            *s/ Samuel H. Mays, Jr.*
                                            SAMUEL H. MAYS, JR.
                                            UNITED STATES DISTRICT JUDGE